IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-2982<br><br>Judge Charles P. Kocoras |

**FINAL JUDGMENT ORDER**

This action having been commenced by TV TOKYO CORPORATION against the defendants identified in the attached Amended Schedule A and using the Defendant Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in the Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of NARUTO trademarks which are protected by U.S. Trademark Registration Nos. 3,229,574; 3,280,366 and 3,726,754 (collectively referred to as the "NARUTO Trademarks").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using the NARUTO Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine NARUTO Product or is not authorized by Plaintiff to be sold in connection with the NARUTO Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine NARUTO Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the NARUTO Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the NARUTO Trademarks and damaging Plaintiff's goodwill;

e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the NARUTO Trademarks or any reproductions, counterfeit copies or colorable imitations thereof; and

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products;

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Amazon.com, Inc. ("Amazon"), eBay.com ("eBay"), Fruugo.com ("Fruugo"), PayPal.com ("PayPal"), Payoneer.com ("Payoneer"), Walmart.com ("Walmart"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Online Marketplace Accounts, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the NARUTO Trademarks, including any accounts associated with the Defaulting Defendants listed in the Schedule A attached hereto; and

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NARUTO Trademarks;

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit NARUTO Trademarks on products sold through at least the Defendant Internet Stores.

4. Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart, are hereby released to Plaintiff as partial payment of the above-identified damages, and Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart are ordered to release to Plaintiff the amounts from Defaulting Defendants' Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart accounts within ten (10) business days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart in the event that any new Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart shall within five (5) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart accounts;

   b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' Amazon, eBay, Fruugo, PayPal, Payoneer and Walmart accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial

Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

    a.    Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

    b.    Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.    Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Hiroaki Saiki and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten ($10,000) surety bond posted by Plaintiff is hereby released via certified mail to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602. This is a Final Judgment.

Dated: September 21, 2023

*Charles P. Kocoras*
_____
The Honorable Charles P. Kocoras
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | asdhtx |
| 2 | gaijiel_98 |
| 4 | shunsq47 |
| 8 | Barwall |
| 9 | blue tea wall art |
| 10 | ChengDuBaiYiQingShanMaoYi |
| 11 | geigeigei |
| 12 | LeiBowangluo |
| 13 | LiuLiangLiangAnQingChengShaoShangMao |
| 14 | locuk007 |
| 15 | lumengyangdedian |
| 16 | PIELIXIONG |
| 17 | Robertasl |
| 20 | xiabing shop |
| 21 | xiaotong-shop |
| 22 | XINGZHIBO |
| 23 | yuyanfengbaihuolingshouchaoshi |
| 24 | ZHONGJIEJI |
| 25 | ZHT Department Store |
| 26 | 贞茶油画 |
| 27 | Mercita |
| 28 | QZBON CE |
| 30 | adjawty29 |
| 35 | chenzhi86 |
| 36 | cht67cg_6 |
| 38 | cute_fox2014 |
| 41 | elot-store |
| 42 | enovix |
| 44 | fiomytr380 |
| 45 | fvffvsd |
| 46 | galit-galgal |
| 48 | gj68vff-8 |
| 51 | honge_60 |
| 52 | hubui_1484 |
| 53 | idmic71 |
| 54 | jian_jewelry2022 |
| 55 | jingzho72 |
| 56 | jo4mer_99 |
| 57 | jth_5333 |
| 59 | kancaigou-visual-arts |
| 60 | kaper-4397 |

| 61 | k-v-cover |
|---|---|
| 62 | leibinh-33 |
| 63 | likisil0 |
| 65 | luxury.china |
| 68 | mintso |
| 69 | newagroup |
| 70 | o18700 |
| 73 | primer-mall |
| 75 | qintiaeliag |
| 76 | qu991997 |
| 77 | ros9.od0hx |
| 78 | shawashop |
| 79 | shuyun |
| 80 | sowin-lisa2 |
| 81 | superlovelydealsonline |
| 82 | vj68vh-4 |
| 83 | wallartpaint |
| 87 | yagar4986 |
| 88 | yh-lifepo4 |
| 89 | yingyi-anime |
| 90 | yovolo_0 |
| 92 | Shenzhen Fanhai Electronic Commerce |
| 93 | 92dlshop |
| 94 | AF STICKS |
| 95 | Anime Poster Under 5 Dollars |
| 97 | ANthonyw |
| 99 | Ayezaonlinestore |
| 100 | banatree |
| 101 | BestValue-US |
| 103 | Blueball Party |
| 104 | Boundless cat |
| 106 | CaiJinLeiDeXiaoDian |
| 107 | CAOGEN666 |
| 108 | caoxindebeimeidinapu |
| 109 | Cax store |
| 111 | chengmaiheheminwangluokejiyouxiangongsi |
| 112 | chenjiangzhenksjdk |
| 115 | cxzcdzcxznuykio |
| 116 | Debubo Art |
| 117 | dejiniyedeng |
| 119 | Faysen |
| 121 | FEICIAYR |
| 123 | FoveroPoster |
| 125 | fuhua-store |
| 126 | ganzhouwangrunmaoyiyouxiangongsi |

| 127 | gjldamai |
|---|---|
| 128 | GOWLAX |
| 129 | Guangzhou Chengyu Trading Co., Ltd. |
| 130 | HanJiaChuYeShangMao |
| 133 | henantaizhienxinxikejiyouxiangongsi |
| 134 | hexiaoyidedian |
| 135 | Highland Art Deco Store |
| 136 | Home Poetry |
| 137 | huangyonghuo689 |
| 138 | HYCYC |
| 139 | jie jie shop |
| 140 | jinrongqingyingxiaodian |
| 142 | jorker |
| 143 | KKBubble |
| 144 | Knight Art Deco Firm |
| 145 | KUBISNCY |
| 146 | kunmingfanmiaoshanxinxikejiyouxiangongsi |
| 147 | Levomat |
| 148 | linjindou |
| 149 | LiuQ US |
| 150 | LJH Art Mall |
| 151 | LLTYMX |
| 152 | Lucas department store |
| 153 | Lucky gallery |
| 154 | LYJLSM |
| 156 | mefion |
| 157 | Mega Amour |
| 158 | Meiei |
| 159 | Minimalist Anime Wall Art |
| 160 | Mssuan store |
| 161 | MUXIOM Direct |
| 163 | Pabazabish |
| 164 | painted world |
| 165 | panyuanquan |
| 166 | Power Active |
| 167 | Power Art Wall Decoration |
| 168 | QiongDiShangMao |
| 171 | ruoxishangmaoyouxiangongsi |
| 172 | RXYDT |
| 177 | Steck Boutique |
| 178 | Suger-xiaoge236 |
| 179 | Suhfukok |
| 180 | sunshine tea wall art |
| 181 | SUPER M LLC |
| 182 | tangsanyuan ba |

9

| | |
|---|---|
| 184 | TiTiArt Store |
| 185 | Toomilki |
| 188 | UClever Direct |
| 190 | Visit our wall art gallery |
| 191 | wangshugcsbhbdedianxuchang123 |
| 194 | woshinimingxlnminBABA |
| 195 | xianyouxianbangtouzhenfuyaogongyipindian |
| 197 | xingtainiqimaoyi |
| 198 | xiuxiumei |
| 199 | xixianxinqufengdongxinchengyixingchuangbaihuodian |
| 200 | xuliangwang |
| 201 | YANMO |
| 202 | yibozhaoyandianpu |
| 203 | yingyongzhijia |
| 204 | zhijiangshigengboshangmaoyouxiangongsi |
| 205 | ZHOUCIKEJI |
| 206 | zhoukouxingmiaoshangmaoyouxiangongsi |
| 207 | zhouyuanyanglpos |
| 208 | zhuangyangwang |
| 209 | Zhumaiym Kudaiberdieva |
| 210 | ZMYshopping |
| 211 | ZONZIN |
| 212 | 俊航艺术 |
| 213 | 南阳市梁田电子科技有限公司 |
| 214 | 祁县时瑞辰 |
| 215 | 阳信县尚筱美妆有限公司 |
| 216 | Alego Co.ltd |
| 217 | AMOMA |
| 218 | Beauty Holiday |
| 219 | Beyond Services Co.,Ltd |
| 220 | Do Better Toy |
| 221 | FashionMio Co.ltd |
| 222 | Fuleadture |
| 223 | Godven |
| 225 | guangzhouwanxinhuidianzishangwuyouxiangongsi |
| 226 | Hedonism |
| 228 | HKXZNKJCloting Co. Ltd |
| 231 | Moning |
| 232 | ngijrijsd Co.ltd |
| 233 | OBOSOE |
| 234 | pokenis |
| 236 | SARI |
| 237 | Shanxitianqijiaoyuzixunyouxian gong si Co. ltd |

| | |
|---|---|
| 238 | shanxizuilanoupengshangmao Co.ltd |
| 239 | sheng de clothing Co.ltd |
| 240 | Starynighty |
| 241 | suzhoushilianluodianzishangwuyouxiangongsi |
| 242 | T.S |
| 243 | Xiaxiang Co. Ltd |
| 244 | XinGanLanZhi |
| 246 | Yi Xuan Fang clothing Co.ltd |
| 247 | yiwushilayuhaochengkejiyouxiangongsi |
| 248 | YUN LAI |
| 249 | Yunshuo E-commerce Co. Ltd |